UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JOHN LIMON,<br><br>  Defendant. | Case No. 2:18-cr-00355-JAD-VCF<br><br>**ORDER**<br><br>ECF No. 52 |

Good cause appearing, IT IS ORDERED that the sentencing hearing currently scheduled for Tuesday, October 13, 2020 at 10:30 a.m., be vacated and continued to December 29, 2020 at 10:00 a.m.

DATED this 7th day of October 2020.

_____
UNITED STATES DISTRICT JUDGE

4