**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00355-JAD-VCF |
| Plaintiff, | **ORDER** |
| v. | ECF No. 54 |
| JOHN LIMON, | |
| Defendant. | |

Based on the parties' stipulation and good cause appearing, IT IS ORDERED that the sentencing hearing currently scheduled for Tuesday, December 29, 2020 at 10:00 a.m., be vacated and continued to March 1, 2021 at 3:00 p.m.

DATED this 16th day of December, 2020.

_____
UNITED STATES DISTRICT JUDGE

4