# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

                Plaintiff,

      v.

JOHN LIMON,

              Defendant.

Case No. 2:18-cr-00355-JAD-VCF

**<u>ORDER</u>**

    ECF No. 57

     Based on the parties' stipulation and good cause appearing, IT IS ORDERED that the sentencing hearing currently scheduled for Tuesday, March 2, 2021 at 10:00 a.m., be vacated and continued to June 7, 2021, at 10:00 a.m.

     DATED this 23rd day of February 2021.

                                 _____

                                UNITED STATES DISTRICT JUDGE