# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> JOHN LIMON, <br> Defendant. | Case No. 2:18-cr-00355-JAD-VCF <br> **ORDER** <br> ECF No. 60 |

IT IS ORDERED that the sentencing hearing currently scheduled for Monday, June 7, 2021 at 10:00 a.m., be vacated and continued to September 7, 2021, at 10:00 a.m.

DATED this 19th day of May 2021.

_____
UNITED STATES DISTRICT JUDGE