# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN LIMON,<br><br>    Defendant. | Case No. 2:18-cr-00355-JAD-VCF<br><br>**ORDER**<br><br>ECF No. 62 |

    Based on the parties' stipulation and good cause appearing, IT IS ORDERED that the sentencing hearing currently scheduled for Tuesday, September 7, 2021 at 10:00 a.m., be vacated and continued to December 21, 2021, at 10:00 a.m.

    DATED this 2nd day of September, 2021.

                                                    _____
                                                    UNITED STATES DISTRICT JUDGE