UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JOHN LIMON,<br><br>　　　　　Defendant. | Case No. 2:18-cr-00355-JAD-VCF<br><br>**ORDER**<br><br>ECF No. 64 |

　　　Based on the parties' stipulation and good cause appearing, IT IS ORDERED that the sentencing hearing currently scheduled for Tuesday, December 21, 2021 at 10:00 a.m., be vacated and continued to April 5, 2022, at 10:00 a.m.

　　　DATED this 7th day of December 2022.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE