# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00355-JAD-VCF |
| Plaintiff, | **ORDER** |
| v. | ECF No. 66 |
| JOHN LIMON, | |
| Defendant. | |

IT IS ORDERED that the sentencing hearing currently scheduled for Tuesday, April 5, 2022 at 10:00 a.m., be vacated and continued to July 19, 2022, at 11:00 a.m.

DATED this 29th day of March 2022.

_____
UNITED STATES DISTRICT JUDGE