**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| United States of America, | Case No.: 2:18-cr-00355-JAD-VCF |
| Plaintiff, | **ORDER** |
| v. | ECF No. 68 |
| JOHN LIMON, | |
| Defendant. | |

Based on the parties' stipulation, IT IS ORDERED that the Sentencing Hearing currently scheduled for July 19, 2022 be vacated and that a Sentencing Hearing be set for August 8, 2022, at 1:30 p.m.

DATED this 14th day of July, 2022.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE