# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>    v.<br><br>JOHN LIMON,<br><br>            Defendant. | Case No.: 2:18-cr-00355-JAD-VCF<br><br>**ORDER**<br><br>ECF No. 70 |

Based on the parties' stipulation and good cause appearing, IT IS ORDERED that the Sentencing Hearing currently scheduled for August 8, 2022 be vacated and that a Sentencing Hearing be set for August 25, 2022, at 10:00 a.m.

DATED this 8th day of August, 2022.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE