UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>JOHN LIMON,<br><br>　　　　　　Defendant. | Case No. 2:18-cr-00355-JAD-VCF<br><br>**ORDER OF DISMISSAL OF THE INDICTMENT WITHOUT PREJUDICE**<br><br>ECF No. 72 |

　　Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and upon leave of Court, the United States Attorney for the District of Nevada hereby dismisses without prejudice the charges brought against defendant John Limon contained in the Indictment in case number 2:18-cr-00355-JAD-VCF.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　JASON M. FRIERSON
　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　*/s/ Joshua Brister*
　　　　　　　　　　　　　　　　　　JOSHUA BRISTER
　　　　　　　　　　　　　　　　　　Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal of the charges brought against defendant John Limon contained in the Indictment in case number 2:18-cr-00355-JAD-VCF.

DATED this 15th day of August 2022.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HON. JENNIFER A. DORSEY
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE